**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.:   6:12-CV-712-ORL-31-DAB

WILLIAM LANGE,

    Plaintiff,

v.

VERIZON WIRELESS SERVICES, LLC,

    Defendant.

_____/

**JOINT STIPULATION OF SETTLEMENT AND**
**MOTION FOR ORDER OF DISMISSAL**

The Parties move the Court for an Order of Dismissal with prejudice reserving jurisdiction for purposes of enforcing the terms of the parties' settlement, and stipulate that the parties have reached an amicable settlement on the terms contained within that Settlement Agreement dated September 27, 2012, and in support stipulate:

1. The parties entered into a confidential Settlement Agreement dated September 27, 2012.

2. The case shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

3. The Court shall retain jurisdiction for purpose of enforcing the terms of the Settlement Agreement.

WHEREFORE the parties respectfully request that the Court dismiss this case, reserving jurisdiction for purposes of enforcing the terms of the Settlement Agreement and this Stipulation of Settlement. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Alwine | /s/ William Peerce Howard |
| Robert J. Alwine, Esq. (Fla. Bar No. 404179) | William Peerce Howard, Esq. |
| ROBERT JOSEPH ALWINE, P.A. | MORGAN & MORGAN, P.A. |
| Four Seasons Tower, Suite 1400 | 201 N. Franklin Street, 7th Floor |
| Miami, FL 33131 | Tampa, FL 33602 |
| Tel: (305) 372-3300 | Tel: 813-223-5505 |
| Fax: (786) 206-1480 | Fax: 813-222-4747 |
| Email: robert@robertalwine.com | Email: bhoward@forthepeople.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY hereby certify that on October 1, 2012, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 /s/ Robert J. Alwine
                 Robert J. Alwine

**SERVICE LIST**
**Lange v. Verizon Wireless Services, LLC *et. al.***
**Unites States District Court for the Middle District of Florida**
**Case No.:**

**William Peerce Howard, Esq.**
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

*Attorney for Plaintiff*

[Via CM/ECF]