# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM LANGE,**

       **Plaintiff,**

**v.**                                                **Case No:  6:12-cv-712-Orl-31TBS**

**VERIZON WIRELESS SERVICES, LLC,**

       **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation of Settlement and Motion for Order of Dismissal (Doc. 28), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. However, the Court declines to retain jurisdiction over the settlement agreement. A settlement agreement is a matter of contract between the parties and if a dispute subsequently arises over the performance of same, the parties have legal remedies available to them. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 2, 2012.

                                                             GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties